Oct. 29, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

1441-15

RECEIVED IN
COURT OF APPEALS, 5th DIST.

NOV 0 5 2015

LISA MATZ
CLERK, 5th DISTRICT

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

To whom this may Concern:

I Ruth Barradas would like to know if their is a possibility where you'll can give me more to look into my paper work to see what i have to do. For my case or is their a way where I can get an appointed attorney that well help me open my case all over or is it already in process with my appeal. I have recieved some paper's where it says to File a "Petition for Discretionary Review". I would like to know more about what this means. The paper's say i have 30 days from the date they were sent which is Oct. 20, to send them back and to find a lawyer that's where i'm confused do i already have an appointed attorney that is reviewing my "appeal" or what's going on I don't understand very much about what this is saying. So would like to know if you can be more specific. I have just recieved these paper's on Oct. 29. I need to know what to do so i can get on it. Please give me more explanation. may you please help me with this. I'm indigent don't have money to pay for a lawyer. So I want to know if i'm able to qualify for

a appointed attorney. I don't speak English. I have someone writing this for me. Please explain to me more about my case an what all this means. I really want to appeal my case. And if i have an appointed attorney already for him/her to please look into it. May they please get back to me as soon as possible. I will be looking forward to a respond.

Thank you for your time,

Respectfully
Submitted:

Ruth Barradas
#1961485
1916 N. Hwy. 36 By Pass
Gatesville, TX 76596.

Court of appeals #
05-14-01271-CR
Trial court case #
F-1263141-U